| | | | |
|---|---|---|---|
| | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Joseph Camaj | Telephone: (313) 316-7331 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose Eladio SIFUENTES-PEREZ

Case No. 24-30304

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 4, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about July 4, 2024, in the Eastern District of Michigan, Southern Division, Jose Eladio SIFUENTES-PEREZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 16, 2022, to Mexico and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Camaj, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 30, 2024__

City and state: __Detroit, MI__

*Judge's signature*

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Joseph Camaj, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE as a Deportation Officer since July 2007. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Jose Eladio SIFUENTES-PEREZ, which reveal the following:

2. Jose Eladio SIFUENTES-PEREZ is a thirty-one-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On October 20, 2008, the United States Border Patrol (USBP) encountered SIFUENTES-PEREZ illegally present in the United States at or near Ajo, Arizona and allowed him to voluntary return to Mexico on the same date through the Ajo, Arizona port of entry.

4. On December 2, 2018, USBP encountered SIFUENTES-PEREZ illegally present in the United States at or near Hidalgo, TX and served him Form I-860, Notice and Order of Expedited Removal.

5. On December 4, 2018, SIFUENTES-PEREZ was prosecuted in the United States District Court for the Southern District of Texas, McAllen Division, for the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation under Title 8, United States Code, Section 1325(a)(1). He was sentenced to time served; with a special assessment of $10.00 imposed.

6. SIFUENTES-PEREZ was removed back to Mexico on December 4, 2018, through the Hidalgo, TX port of entry.

7. On December 15, 2018, USBP encountered SIFUENTES-PEREZ illegally present in the United States at or near McAllen, TX and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

8. On December 17, 2018, SIFUENTES-PEREZ was prosecuted in the United States District Court for the Southern District of Texas, McAllen Division, for the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1). He was sentenced to a term of imprisonment of 30 days and a special assessment of $10.00.

9. SIFUENTES-PEREZ was removed back to Mexico on January 16, 2019, through the Laredo, TX port of entry.

10. On November 14, 2022, USBP encountered SIFUENTES-PEREZ illegally present in the United States at or near El Paso, TX and expelled him back to Mexico on the same date through the El Paso, TX port of entry.

11. On November 16, 2022, the United States Border Patrol (USBP) encountered SIFUENTES-PEREZ illegally present in the United States at or near El Paso, TX and expelled him back to Mexico on the same date through the El Paso, TX port of entry.

12. On July 4, 2024, Immigration and Customs Enforcement / Enforcement and Removal Operations (ICE / ERO) in Detroit, MI received a biometric hit on SIFUENTES-PEREZ's fingerprints via the Alien Criminal Response Information Management System (ACRIMe). An immigration detainer had been placed on SIFUENTES-PEREZ with the Detroit Police Department when he was arrested for Assault Excluding Sexual on July 4, 2024. On July 6, 2024, SIFUENTES-PEREZ was released from the Detroit Detention Center.

13. On or about July 8, 2024, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that SIFUENTES-PEREZ did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that Jose Eladio SIFUENTES-PEREZ is a non-citizen, who was found in the United States after removal, without the express permission of

the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Joseph Camaj, Deportation Officer
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
U.S. Magistrate Judge
July 30, 2024